# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ARMANDO SILVA | ) | Case No. 18-14184 |
| | ) | Judge: Carol A. Doyle |
| | ) | |
| DEBTOR | ) | |

## OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOW COMES the Debtor, Armando Silva, by and through his attorney, Richard G. Fonfrias, and objects to the Motion for Relief from Automatic Stay. Debtor asserts the following in support of this objection:

1. The Debtor filed the instant case on May 15, 2018.

2. The Debtor's Chapter 13 Plan has been confirmed.

3. The Debtor owns his home ("Property") located at 2920 N Oak Park Ave., Chicago, IL 60634, P.I.N. 13-30-126-029-0000.

4. Debtor's father was diagnosed with cancer in the spring of 2018. Debtor became the source of support for his father and he worked fewer hours and was financially burdened during this time.

5. Three months ago, the physician treating Debtor's father terminated medical car and his father is likely going to pass within the next 60 days.

6. Debtor's wife is part owner of 4 Yolks restaurant. The other owner is preparing the purchase of her interests in the business. The proceeds from that sale will be available by May 14, 2019 to the Debtor.

7. Debtor is approximately 3 months behind on his Chapter 13 payment. He will bring those payments current with these funds and will remain current from that moment forward.

8. Debtor will bring the entire arrearage with Shellpoint Mortgage current two weeks from today. On or before May 14, 2019, Debtor will pay to Shellpoint Mortgage the sum of $15,000.00. This amount will include payment of the arrearage identified in the Creditor's motion and the mortgage payment due for May, 2019.

9. Debtor does not support waiver of the 14 day stay provision of Bankruptcy Rule of Procedure 4001(a)(3) and asks for denial of such.

WHEREFORE, Debtor prays this Court enter an order:
1. Denying Creditor's Motion for Relief from Automatic Stay; and
2. Denying waiver of the 14 day stay provision of Bankruptcy Rule of Procedure 4001(a)(3); and
3. For such other and further relief this Court deems just and equitable.

DATED: April 30, 2019

Respectfully submitted,

By: */s/ Richard G. Fonfrias*
Attorney for Debtor

Richard G. Fonfrias
Fonfrias Law Group, LLC.
125 S Wacker Dr.
Suite 300
Chicago, IL 60606
312-969-0730
F: 312-624-7954